IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MAE H. BROOKS,

    Plaintiff,

v.                             Civil Action No. 05-2311

JOANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER OF REMAND

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Plaintiff's motion to remand this action to an administrative law judge ("ALJ"), to further analyze Plaintiff's medical impairments, including consideration of the most recent medical records, this Court hereby enters a judgment reversing the decision of the ALJ and remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157 (1991); *Shalala v. Schaefer*, 509 U.S. 292, 113 S.Ct. 2625 (1993).

SO ORDERED this 31 day of July, 2005.

                                                  /s/ Jon P. McCalla
                                                Judge

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02311 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT