# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

AUG -1  AM 10: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MAE H. BROOKS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | CASE NO: 05-2311 Ml/P |
| Defendant. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action is before the Court on Plaintiff's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to Defendant, filed July 29, 2005.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Remand, filed August 1, 2005, this case is, by agreement of the parties, REMANDED to an Administrative Law Judge for additional findings.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 1, 2005
Date

Clerk THOMAS M. GOULD

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-1-05

(14)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02311 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT