IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MAE H. BROOKS,

    Plaintiff,

v.                                                              Civil Action No. 05-2311

JOANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

The Plaintiff's motion for additional time to file her brief in support of her asserted claim, up to and including October 3, 2005 is hereby granted. The Defendant's brief shall be filed within 30 days from the filing of Plaintiff's brief. A reply brief may be filed within 10 days of the filing of Defendant's response brief. No further briefs shall be filed absent leave of Court.

SO ORDERED this ___13___ day of September, 2005.

Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02311 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT